# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

RONDELL T. NEWSON,
    Plaintiff,

v.                                          2:26-cv-50-SPC-NPM

SUFFOLK CONSTRUCTION COMPANY, INC.,
    Defendant.

---

## ORDER

The parties filed a construed motion for a court-appointed mediator. (Doc. 29). The motion is granted, and the parties are directed to contact Chad Brazzeal to schedule a mediation. His contact information is:

**Chad Brazzeal**
**Brazzeal Mediation, PLLC**
**Phone: (239) 821-0069**
**Email: Chad@BrazzealMediation.com**
**Website: BrazzealMediation.com**

The deadline to conduct mediation remains January 8, 2027. The parties are reminded that they may mediate multiple times and are encouraged to do so at their earliest convenience.

**ORDERED** on April 20, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge